# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERICSON GROUP, INC., *et al.*,

    Plaintiffs,

v.

DIGITAL SPORTS GRAPHICS, INC., *et al.*,

    Defendants.

Case No. 2:05-cv-927-LDG (RJJ)

**SUMMARY JUDGMENT OF PATENT INVALIDITY AND UNENFORCEABILITY**

    The Court, having considered and rendered a decision on Defendants' Motion for Summary Judgment of Patent Invalidity and Unenforceability, **ORDERS** that United States Patent No. 6,578,301, entitled "Bi-Directional Visual Display Assembly," is INVALID and UNENFORCEABLE.

    DATED this 28 day of September, 2007.

_____
Lloyd D. George
United States District Judge