R. Scott Weide, Esq.
Nevada Bar No. 5541
*sweide@weidemiller.com*
Mark Borghese, Esq.
Nevada Bar No. 6231
*mborghese@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel. (702) 382-4804
Fax (702) 382-4805

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERICSON GROUP, INC., a Tennessee corporation and GREG ERICSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> DIGITAL SPORTS GRAPHICS, INC., a Nevada corporation d/b/a DIGITAL SIGN GRAPHICS and ADAM J. WIESBERG, an individual, <br><br> Defendants. | Case No.: 2:05-cv-0927-LDG-RJJ <br><br> **STIPULATION AND ORDER FOR CONSENT JUDGMENT, INJUNCTION, AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

    Plaintiffs and Defendants hereby stipulate to this Consent Judgment, Injunction, and Dismissal of all Claims with Prejudice as follows:

    WHEREAS, this action was commenced by Plaintiffs against Defendants on August 1, 2005, alleging among other claims, patent infringement against defendant Digital Sports Graphics, Inc. of United States Patent No. 6,578,301 (the "301 Patent").

    WHEREAS Defendant Adam J. Wiesberg is the President of Defendant Digital Sports Graphics, Inc.

    WHEREAS, Plaintiff Ericson Group, Inc. is the owner of the '301 Patent and Plaintiff Greg Ericson is the inventor of the inventions claimed in the '301 Patent.

/ / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc   2/9/09          1

1    WHEREAS, Adam J. Wiesberg, on behalf of Defendant, Digital Sports Graphics, Inc.,

2    hereby acknowledges that he is authorized to sign this stipulation on behalf of Digital Sports

3    Graphics, Inc.

4    Based on the forgoing, and for good cause appearing,

5    IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

6    1.    Defendants, and each of them, and their officers, agents, servants and employees,

7    and all persons in active concert or participation with them, are hereby permanently enjoined

8    from infringing the claims of  United States Patent No. 6,578,301;

9    2.    That the Court's interim orders regarding summary judgment, Docket #97 and

10    Docket #98 entered  September 28, 2007 are VACATED;

11    3.    That all claims and counterclaims relating to this action are dismissed WITH

12    PREJUDICE;

13    4.    That each Party shall bear its own attorneys fees and costs;

14    5.    That this ORDER  shall resolve this entire matter and act as a FINAL ORDER of

15    this Court; and

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc   2/9/09                2

1    6.    That upon the entry of this ORDER this matter shall be closed by this Court and

2  the trial date currently set for March 2, 2009 shall be VACATED.

3

4    DATED this 9th day of February, 2009.

5

6  WEIDE & MILLER, LTD.

7

8  By: _____          By: _____
                                                 Adam Wiesberg, individually
9     Mark Borghese, Esq.
      7251 W. Lake Mead Blvd., Suite 530
10    Las Vegas, NV  89128
      Attorneys for Plaintiffs
11                                           DIGITAL SPORTS GRAPHICS, INC.

12
                                             By: _____
13                                               Adam Wiesberg,
                                                 its Authorized Agent
14

15

16                    **ORDER**

17                    **IT IS SO ORDERED:**

18

19

20         _____

21         UNITED STATES DISTRICT JUDGE

22         DATED: _____

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc  2/9/09                    3

## CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada.  I am over the age of 18 years and not a party to the within action.  My business address is: 7251 West Lake Mead Blvd., Suite 530, Las Vegas, Nevada, 89128.

On **February 9, 2009**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:**  by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf.  A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**E-MAIL / E-FILE:**  Automatically through the court's electronic filing system or by transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**FAX SERVICE:**  by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada.  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Nicole Littlejohn*

An employee of WEIDE & MILLER, LTD.

MRB-W-1960v2.doc   2/9/09                  4

1

## SERVICE LIST

2

3

| PARTY | | METHOD OF SERVICE |
|---|---|---|
| Digital Sports Graphics, Inc., dba Digital Sign Graphics 1103 Warm Canyon Way Las Vegas, NV 89123 | | ☐ Personal service ☐ Email / E-File ☐ Fax service ☒ Mail service |
| Adam J. Wiesberg 2911 Delano Drive Henderson, NV 89074 | | ☐ Personal service ☐ Email / E-File ☐ Fax service ☒ Mail service |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc   2/9/09                    5