1  R. Scott Weide, Esq.
Nevada Bar No. 5541
2  *sweide@weidemiller.com*
Mark Borghese, Esq.
3  Nevada Bar No. 6231
*mborghese@weidemiller.com*
4  **WEIDE & MILLER, LTD.**
7251 W. Lake Mead Blvd., Suite 530
5  Las Vegas, NV 89128
Tel. (702) 382-4804
6  Fax (702) 382-4805

7  Attorneys for Plaintiffs

8

9                  **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11  ERICSON GROUP, INC., a Tennessee           )   **Case No.: 2:05-cv-0927-LDG-RJJ**
corporation and GREG ERICSON, an individual, )
12                                              )
                              Plaintiffs,       )   **STIPULATION AND ORDER FOR**
13                                              )   **CONSENT JUDGMENT,**
    vs.                                         )   **INJUNCTION, AND DISMISSAL OF**
14                                              )   **ALL CLAIMS WITH PREJUDICE**
    DIGITAL SPORTS GRAPHICS, INC., a Nevada    )
15  corporation d/b/a DIGITAL SIGN GRAPHICS     )
    and ADAM J. WIESBERG, an individual,        )
16                                              )
                              Defendants.       )
17                                              )
                                                )
18  ─────────────────────────────────────────  )

19         Plaintiffs and Defendants hereby stipulate to this Consent Judgment, Injunction, and

20  Dismissal of all Claims with Prejudice as follows:

21         WHEREAS, this action was commenced by Plaintiffs against Defendants on August 1,

22  2005, alleging among other claims, patent infringement against defendant Digital Sports

23  Graphics, Inc. of United States Patent No. 6,578,301 (the "301 Patent").

24         WHEREAS Defendant Adam J. Wiesberg is the President of Defendant Digital Sports

25  Graphics, Inc.

26         WHEREAS, Plaintiff Ericson Group, Inc. is the owner of the '301 Patent and Plaintiff

27  Greg Ericson is the inventor of the inventions claimed in the '301 Patent.

28  / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc   2/9/09              1

1    WHEREAS, Adam J. Wiesberg, on behalf of Defendant, Digital Sports Graphics, Inc.,

2    hereby acknowledges that he is authorized to sign this stipulation on behalf of Digital Sports

3    Graphics, Inc.

4    Based on the forgoing, and for good cause appearing,

5    IT IS HEREBY ORDERED ADJUDGED AND DECREED that:

6    1.    Defendants, and each of them, and their officers, agents, servants and employees,

7    and all persons in active concert or participation with them, are hereby permanently enjoined

8    from infringing the claims of  United States Patent No. 6,578,301;

9    2.    That the Court's interim orders regarding summary judgment, Docket #97 and

10    Docket #98 entered  September 28, 2007 are VACATED;

11    3.    That all claims and counterclaims relating to this action are dismissed WITH

12    PREJUDICE;

13    4.    That each Party shall bear its own attorneys fees and costs;

14    5.    That this ORDER  shall resolve this entire matter and act as a FINAL ORDER of

15    this Court; and

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804

MRB-W-1960v2.doc   2/9/09                     2

1    6.    That upon the entry of this ORDER this matter shall be closed by this Court and

2    the trial date currently set for March 2, 2009 shall be VACATED.

3

4          DATED this 9th day of February, 2009.

5

6    WEIDE & MILLER, LTD.

7

8    By: _____            By: _____
9        Mark Borghese, Esq.                       Adam Wiesberg, individually
         7251 W. Lake Mead Blvd., Suite 530
10       Las Vegas, NV 89128
         Attorneys for Plaintiffs
11
                                              DIGITAL SPORTS GRAPHICS, INC.
12
                                              By: _____
13                                                Adam Wiesberg,
                                                  its Authorized Agent
14

15

16                                            **ORDER**

17                                            **IT IS SO ORDERED:**

18

19

20                                            _____
                                              UNITED STATES DISTRICT JUDGE
21

22                                            DATED: _12 Feb 2009_

23

24

25

26

27

28

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,     MRB-W-1960v2.doc   2/9/09                    3
SUITE 530
LAS VEGAS,
NEVADA 89128
(702) 382-4804